UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-07414-SVW-RAO | Date | January 25, 2017 |
|---|---|---|---|
| Title | Hooper C. Thomas v. Anthony J. Turack | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

 The Court, on January 4, 2017, issued an order to show cause why this action should not be dismissed for lack of prosecution.  To date, plaintiff has failed to respond to the Court's order.  Therefore, the matter is dismissed.

                                                                                                                        :
                                                                                        Initials of Preparer         PMC